IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| William V. Morgan, | ) | No. CV07-0786-PHX-SRB |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Kalaco Scientific, Inc., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

On March 4, 2008, this Court issued an order directing Plaintiff to file a Second Amended Complaint within 30 days of the date of the order.  Plaintiff was also advised that "Failure to file a second amended complaint within the time specified will result in the entry of final judgment in this case against Plaintiff."  As of the date of this order Plaintiff has not filed a Second Amended Complaint.

IT IS ORDERED dismissing this case.

IT IS FURTHER ORDERED denying as moot all pending motions.

DATED this 1st day of May, 2008.

Susan R. Bolton
United States District Judge